UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO. 8:13-cr-178-T-27AEP

NOVA A. MONTGOMERY
_____/

## VERDICT

1. **Count One of the Superseding Indictment**

   As to the offense of willfully attempting to evade and defeat the income tax due and owing to the United States of America for calendar year 2002, in violation of 26 U.S.C. § 7201,

   We, the Jury, find the defendant, Nova A. Montgomery:

   Guilty ____X____          Not Guilty _____

2. **Count Two of the Superseding Indictment**

   As to the offense of willfully attempting to evade and defeat the income tax due and owing to the United States of America for calendar year 2003, in violation of 26 U.S.C. § 7201,

   We, the Jury, find the defendant, Nova A. Montgomery:

   Guilty ____X____          Not Guilty _____

3. **Count Three of the Superseding Indictment**

   As to the offense of willfully attempting to evade and defeat the income tax due and owing to the United States of America for calendar year 2004, in violation of 26 U.S.C. § 7201,

   We, the Jury, find the defendant, Nova A. Montgomery:

   Guilty __X__     Not Guilty _____

4. **Count Four of the Superseding Indictment**

   As to the offense of willfully attempting to evade and defeat the income tax due and owing to the United States of America for calendar year 2005, in violation of 26 U.S.C. § 7201,

   We, the Jury, find the defendant, Nova A. Montgomery:

   Guilty __X__     Not Guilty _____

5. **Count Five of the Superseding Indictment**

   As to the offense of willfully attempting to evade and defeat the income tax due and owing to the United States of America for calendar year 2006, in violation of 26 U.S.C. § 7201,

   We, the Jury, find the defendant, Nova A. Montgomery:

   Guilty __X__     Not Guilty _____

6. **Count Six of the Superseding Indictment**

   As to the offense of willfully failing to file an income tax return for calendar year 2008, in violation of 26 U.S.C. § 7203,

   We, the Jury, find the defendant, Nova A. Montgomery:

   Guilty __X__          Not Guilty _____

7. **Count Seven of the Superseding Indictment**

   As to the offense of willfully failing to file an income tax return for calendar year 2009, in violation of 26 U.S.C. § 7203,

   We, the Jury, find the defendant, Nova A. Montgomery:

   Guilty __X__          Not Guilty _____

8. **Count Eight of the Superseding Indictment**

   As to the offense of willfully failing to file an income tax return for calendar year 2010, in violation of 26 U.S.C. § 7203,

   We, the Jury, find the defendant, Nova A. Montgomery:

   Guilty __X__          Not Guilty _____

9. **Count Nine of the Superseding Indictment**

   As to the offense of willfully failing to file an income tax return for calendar year 2011, in violation of 26 U.S.C. § 7203,

   We, the Jury, find the defendant, Nova A. Montgomery:

   Guilty __X__          Not Guilty _____

10. **Count Ten of the Superseding Indictment**

As to the offense of willfully failing to file an income tax return for calendar year 2012, in violation of 26 U.S.C. § 7203,

We, the Jury, find the defendant, Nova A. Montgomery:

Guilty __X__          Not Guilty _____

**SO SAY WE ALL**, this __10__ day of October, 2014.

_____
FOREPERSON

4