UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,        Case No.  8:13-CR-178-T-27AEP

    Plaintiff,  ☐
    Government  ☒
    ☐ Evidentiary
    ☒ Trial
v.
    ☐ Other

NOVA A. MONTGOMERY

    Defendant  ☐

# EXHIBIT LIST (Second Amended)

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 10/7/14 | 10/7/14 | Shirley Ball, IRS | 1992 NOVA MONTGOMERY Transcript of Account (IRS-C-00001 – IRS-C-00004) |
| 2 (A) | " | " | Shirley Ball, IRS | 2002 NOVA MONTGOMERY Transcript of Account (IRS-C-00005 – IRS-C-00008) |
| 2 (B) | " | " | Shirley Ball, IRS | 2002 C.F. Trust (AKA NOVA MONTGOMERY) Information Returns Program (IRP) document (IRS-C-00009 – IRS-C-00010) |
| 2 (C) | " | " | Shirley Ball, IRS | 2002 NOVA MONTGOMERY, Tax Document, Filed January 20, 2009 (Zero Return, Altered Form 1099) (IRS-C-00011 – IRS-C-00014) |
| 2 (D) | " | " | Shirley Ball, IRS | 2002 NOVA MONTGOMERY Form 1040 U.S. Individual Income Tax Return. (IRS-C-00015 – IRS-C-00032) |
| 2 (E) | " | " | Shirley Ball, IRS | 2002 LIFESTYLE OPTIONS LLC Transcript of Account (IRS-C-00033 – IRS-C-00034) |
| 2 (F) | " | " | Shirley Ball, IRS | 2002 LIFESTYLE OPTIONS, LLC Information Returns Program (IRP) document (IRS-C-00035 – IRS-C-00036) |
| 2 (G) | " | " | Shirley Ball, IRS | 2002 LIFESTYLE OPTIONS, LLC Form 1065 Partnership Return (IRS-C-00037 – IRS-C-00055) |
| 2 (H) | " | " | Shirley Ball, IRS | 2002 PLEIDES, LLC Transcript of Account (IRS-C-00056 – IRS-C-00058) |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit | Date 1 | Date 2 | Witness | Description |
|---|---|---|---|---|
| 2 (I) | 10/7/14 | 10/7/14 | Shirley Ball, IRS | 2002 PLEIDES, LLC Form 1065 Partnership return (IRS-C-00059 – IRS-C-00079) |
| 3 (A) | " | " | Shirley Ball, IRS | 2003 NOVA MONTGOMERY Transcript of Account (IRS-C-00080 – IRS-C-00082) |
| 3 (B) | " | " | Shirley Ball, IRS | 2003 NOVA MONTGOMERY, Tax Document, Filed January 20, 2009 (Zero Return, Altered Form 1099) (IRS-C-00083 – IRS-C-00087) |
| 3 (C) | " | " | Shirley Ball, IRS | 2003 NOVA MONTGOMERY Form 1040 U.S. Individual Income Tax Return (IRS-C-00088 – IRS-C-00096) |
| 3 (D) | " | " | Shirley Ball, IRS | 2003 LIFESTYLE OPTIONS LLC Transcript of Account (IRS-C-00097 – IRS-C-00099) |
| 3 (E) | " | " | Shirley Ball, IRS | 2003 LIFESTYLE OPTIONS, LLC Information Returns Program (IRP) document (IRS-C-00100 – IRS-C-00101) |
| 3 (F) | " | " | Shirley Ball, IRS | 2003 LIFESTYLE OPTIONS, LLC Form 1065 Partnership Return (IRS-C-00102 – IRS-C-00116) |
| 3 (G) | " | " | Shirley Ball, IRS | 2003 PLEIDES, LLC Transcript of Account (IRS-C-00117 – IRS-C-00119) |
| 3 (H) | " | " | Shirley Ball, IRS | 2003 3037 ARBOR LLC Transcript of Account (IRS-C-00120 – IRS-C-00121) |
| 3 (I) | " | " | Shirley Ball, IRS | 2003 3037 ARBOR LLC Form 1065 Partnership Return (IRS-C-00122 – IRS-C-00131) |
| 3 (J) | " | " | Shirley Ball, IRS | 2003 PLEIDES, LLC Form 1065 Partnership Return (IRS-C-00132 – IRS-C-00164) |
| 4 (A) | " | " | Shirley Ball, IRS | 2004 NOVA MONTGOMERY Transcript of Account (IRS-C-00165 – IRS-C-00167) |
| 4 (B) | " | " | Shirley Ball, IRS | 2004 NOVA MONTGOMERY Tax Document, Filed January 20, 2009 (Zero Return, Altered Form 1099) (IRS-C-00168 – IRS-C-00172) |
| 4 (C) | " | " | Shirley Ball, IRS | 2004 NOVA MONTGOMERY Form 1040 U.S. Individual Income Tax Return (IRS-C-00173 – IRS-C-00185) |
| 4 (D) | " | " | Shirley Ball, IRS | 2004 LIFESTYLE OPTIONS LLC Transcript of Account (IRS-C-00186 – IRS-C-00187) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 4 (E) | 10/7/14 | 10/7/14 | Shirley Ball, IRS | 2004 LIFESTYLE OPTIONS, LLC Information Returns Program (IRP) document (IRS-C-00188 – IRS-C-00189) |
| 4 (F) | " | " | Shirley Ball, IRS | 2004 LIFESTYLE OPTIONS, LLC Form 1065 Partnership Return (IRS-C-00190 – IRS-C-00205) |
| 4 (G) | " | " | Shirley Ball, IRS | 2004 PLEIDES, LLC Transcript of Account (IRS-C-00206 – IRS-C-00208) |
| 4 (H) | " | " | Shirley Ball, IRS | 2004 PLEIDES, LLC, Form 1065 Partnership Return (IRS-C-00209 – IRS-C-00240) |
| 4 (I) | " | " | Shirley Ball, IRS | 2004 3037 ARBOR LLC Transcript of Account (IRS-C-00241 – IRS-C-00242) |
| 4 (J) | " | " | Shirley Ball, IRS | 2004 3037 ARBOR LLC Form 1065 Partnership Return (IRS-C-00243 – IRS-C-00262) |
| 5 (A) | " | " | Shirley Ball, IRS | 2005 NOVA MONTGOMERY Transcript of Account (IRS-C-00263 – IRS-C-00265) |
| 5 (B) | " | " | Shirley Ball, IRS | 2005 NOVA MONTGOMERY Tax Document, Filed January 20, 2009 (Zero Return, Altered Form 1099) (IRS-C-00266 – IRS-C-00270) |
| 5 (C) | " | " | Shirley Ball, IRS | 2005 NOVA MONTGOMERY Form 1040 U.S. Individual Income Tax Return (IRS-C-00271 – IRS-C-00284) |
| 5 (D) | " | " | Shirley Ball, IRS | 2005 LIFESTYLE OPTIONS LLC Transcript of Account (IRS-C-00285 – IRS-C-00287) |
| 5 (E) | " | " | Shirley Ball, IRS | 2005 LIFESTYLE OPTIONS, LLC Information Returns Program (IRP) document (IRS-C-00288 – IRS-C-00289) |
| 5 (F) | " | " | Shirley Ball, IRS | 2005 LIFESTYLE OPTIONS, LLC Form 1065 Partnership Return (IRS-C-00290 – IRS-C-00320) |
| 5 (G) | " | " | Shirley Ball, IRS | 2005 through 2012 PLEIDES, LLC Transcript of Account (IRS-C-00321 – IRS-C-00329) |
| 5 (H) | " | " | Shirley Ball, IRS | 2005 3037 ARBOR LLC Transcript of Account (IRS-C-00330 – IRS-C-00332) |
| 5 (I) | " | " | Shirley Ball, IRS | 2005 3037 ARBOR LLC Form 1065 Partnership Return (IRS-C-00333 – IRS-C-00353) |
| 6 (A) | " | " | Shirley Ball, IRS | 2006 NOVA MONTGOMERY Transcript of Account (IRS-C-00354 – IRS-C-00356) |

p_Gov't__Second_Amend_Ex_List.docx

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 6 (B) | 10/7/14 | 10/7/14 | Shirley Ball, IRS | 2006 NOVA MONTGOMERY Tax Document, Filed January 20, 2009 (Zero Return, Altered Form 1099) (IRS-C-00357 – IRS-C-00361) |
| 6 (C) | " | " | Shirley Ball, IRS | 2006 NOVA MONTGOMERY Form 1040 U.S. Individual Income Tax Return (IRS-C-00362 – IRS-C-00371) |
| 6 (D) | " | " | Shirley Ball, IRS | 2006 LIFESTYLE OPTIONS, LLC Transcript of Account (IRS-C-00372 – IRS-C-00374) |
| 6 (E) | " | " | Shirley Ball, IRS | 2006 LIFESTYLE OPTIONS, LLC Information Returns Program (IRP) document (IRS-C-00375 – IRS-C-00376) |
| 6 (F) | " | " | Shirley Ball, IRS | 2006 3037 ARBOR LLC Transcript of Account (IRS-C-00377 – IRS-C-00378) |
| 8 (A) | " | " | Shirley Ball, IRS | 2008 NOVA MONTGOMERY Transcript of Account (IRS-C-00379 – IRS-C-00381) |
| 8 (B) | " | " | Shirley Ball, IRS | 2002 through 2012 WORLDWIDE BROKERAGE, LLC Transcript of Account and Information Return Program (IRP) (IRS-C-00382 – IRS-C-00393) |
| 9 | " | " | Shirley Ball, IRS | 2009 NOVA MONTGOMERY Transcript of Account (IRS-C-00394 – IRS-C-00395) |
| 10 | " | " | Shirley Ball, IRS | 2010 NOVA MONTGOMERY Transcript of Account (IRS-C-00396 – IRS-C-00398) |
| 11 (A) | " | " | Shirley Ball, IRS | 2011 NOVA MONTGOMERY Transcript of Account (IRS-C-00399 – IRS-C-00400) |
| 11 (B) | " | " | Shirley Ball, IRS | 2011 WORLDWIDE BROKERAGE OF NORTH AMERICA INC. Transcript of account and Information Return Program (IRP) (IRS-C-00401 – IRS-C-00406) |
| 12 (A) | " | " | Shirley Ball, IRS | 2012 NOVA MONTGOMERY Transcript of account (IRS-C-00407 – IRS-C-00408) |
| 12 (B) | " | " | Shirley Ball, IRS | 2012 WORLDWIDE BROKERAGE OF NORTH AMERICA INC. Transcript of account and Information Return Program (IRP) (IRS-C-00409 – IRS-C-00414) |
| 13 (A) | 10/6/14 | 10/6/14 | Stipulation, Fifth Third Bank | Bank Signature Card for LIFESTYLE OPTIONS account opened on (9/11/02) (IRS-05989 – IRS-05990) |

p_Gov't__Second_Amend_Ex_List.docx

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 13 (B) | 10/6/14 | 10/6/14 | Stipulation, Fifth Third Bank | 09/2002 Through 2006 LIFESTYLE OPTIONS LLC and 3037 ARBOR LLC Bank Statements, Checks, Deposits (IRS-00360 – IRS-00797, IRS-06705 – IRS-06792) |
| 14 | " | " | Stipulation, Republic Bank | 2002 CHRISTIANSON FAMILY TRUST Bank Statements (IRS-00262 - IRS-00294) |
| 15 (A) | " | " | Market America, Inc. | Forms 1099 2002 – 2007, Original Application dated 11/1995, Certified Trainer Code of Ethics, Speakers Bureau Agreement, Commission paid 2002 – 2010, Copies of commission checks from 2002 – 2006 (GJ-00006 – GJ-00704) |
| 15 (B) | " | " | Market America, Inc. | Years 2007 - 2012 Forms 1099, Cost of Goods Sold printouts, Commission Payments, Certified Trainer Code of Ethics, Speakers Bureau Agreement, Explanation of Market America, Inc. Commission pay schedule (MA-00003 – MA-01083) |
| 15 (C) | " | " | Market America, Inc. | Forms 1099 for 2002 through 2012 |
| 15 (D) | | | Market America, Inc. | Payments from Market America for 2002 through 2012 |
| 15 (E) | 10/6/14 | 10/6/14 | Market America, Inc. | Entities receiving income from Market America on behalf of Nova Montgomery |
| 16 (A) | 10/7/14 | 10/7/14 | Michelle Channing, Tax Return Preparer | 3037 ARBOR 2003 Form 1065 Partnership Tax Return, Balance Sheet for December 31, 2003 and Profit and Loss for January through December 2003 and workpapers |
| 16 (B) | " | " | Michelle Channing, Tax Return Preparer | LIFESTYLE OPTIONS, LLC 2002 through 2004 Form 1065 Partnership Returns, workpapers for 2003 and 2004 to include balance sheet and income statements (GJ-00745 – GJ-00812) |
| 17 (A) | 10/6/14 | 10/6/14 | Stipulation William Barnes, Jr. Closing Agent | Closing documents for the North Carolina house purchased in 2006 |
| 17 (B) | 10/6/14 | 10/6/14 | Stipulation William Barnes, Jr. Closing Agent | Loan application for the North Carolina house purchased in 2006 |
| 18 (A) | 10/7/14 | 10/7/14 | Guy Van Middlesworth, CPA | 2005 and 2006 LIFESTYLE OPTIONS, LLC Form 1065 Partnership Return and workpapers (GJ-00813 – GJ-00965) |
| 18 (B) | 10/7/14 | 10/7/14 | Guy Van Middlesworth, CPA | 2005 and 2006 3037 ARBOR, LLC From 1065 Partnership Return and workpapers (GJ-00966 – GJ-01062) |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 19 (A) | 10/6/14 | 10/6/14 | Stipulation, Wells Fargo Bank | NOVA MONTGOMERY Bank Statements from 2005 to 2014, Checks, Deposits (WF-00001 – WF-01229, WF-01517 – WF-01766) |
| 19 (B) | " | " | Stipulation, Wells Fargo Bank | WORLDWIDE BROKERAGE OF NORTH AMERICA, INC. bank statements from 2011 to 2014, Checks, Deposits (WF-012230 – WF-01516) |
| 19 (C) | " | " | Stipulation, Wells Fargo Bank | Loan application for a refinancing on the Tarpon Springs house (WF-9160-00367 – WF-9160-00374) |
| 19 (D) | " | " | Gabrielle Leipski, Wells Fargo Bank | Appraisal of the Tarpon Springs house dated 08/15/2006 (WF-9160-00041 – WF-9160-00048, WF-9160-00097 - WF-9160-00114) |
| 19 (E) | " | " | Stipulation, Wells Fargo Bank | Mortgage Records relating to Tarpons Springs house (WF-9160-00001 – WF-9160-00630) |
| 20 (A) | 10/8/14 | 10/8/14 | Christine Pontzius, Retired Revenue Agent | 2002 through 2007 Income breakdown and Tax Due |
| 20 (B) | " | " | Christine Pontzius, Retired Revenue Agent | 2002 through 2006 Comparative Analysis of Form 1065 |
| 20 (C) | " | " | Christine Pontzius, Retired Revenue Agent | 2002 through 2006 Comparative Analysis of Form 1065 Per Examination |
| 20 (D) | " | " | Christine Pontzius, Retired Revenue Agent | Income Flowchart From Market America |
| 20 (E) | 10/7/14 | 10/7/14 | Christine Pontzius, Retired Revenue Agent | Initial Appointment Letter dated April 16, 2008 |
| 20 (F) | " | " | Christine Pontzius, Retired Revenue Agent | Letter from Nova Montgomery dated April 25, 2008 acknowledging receipt of initial appointment letter |
| 20 (G) | " | " | Christine Pontzius, Retired Revenue Agent | Letter Dated April 28, 2008 and Pub 2105 To NOVA MONTGOMERY frivolous arguments |
| 20 (H) | " | " | Christine Pontzius, Retired Revenue Agent | Letter from Nova Montgomery dated May 1, 2008 |
| 20 (I) | " | " | Christine Pontzius, Retired Revenue Agent | Letter from Nova Montgomery dated August 25, 2008 acknowledging receipt of summons |
| 20 (J) | 10/8/14 | 10/8/14 | Christine Pontzius, Retired Revenue Agent | Summary exhibit of cash flows for 2005 |
| 20 (K) | 10/7/14 | 10/7/14 | Christine Pontzius, Retired Revenue Agent | Order to Show Cause dated November 17, 2008 (Lifestyle Options) |

p_Gov't__Second_Amend_Ex_List.docx

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 20(K1) | 10/7/14 | 10/7/14 | Christine Pontzius, Retired Revenue Agent | Order to Show Cause dated November 17, 2008 (3037 Arbor LLC) |
| 20(K2) | " | " | Christine Pontzius, Retired Revenue Agent | Order to Show Cause dated November 17, 2008 (Nova Montgomery) |
| 20 (L) | " | " | Christine Pontzius, Retired Revenue Agent | Order to Appear dated December 23, 2008 (Lifestyle Options) |
| 20(L1) | 10/8/14 | 10/8/14 | Christine Pontzius, Retired Revenue Agent | Order to Appear dated December 23, 2008 (3037 Arbor LLC) |
| 20(L2) | " | " | Christine Pontzius, Retired Revenue Agent | Order to Appear dated December 23, 2008 (Nova Montgomery) |
| 20 (M) | 10/7/14 | 10/7/14 | Christine Pontzius, Retired Revenue Agent | Order to Appear dated March 24, 2009 (Lifestyle Options LLC) |
| 20(M1) | 10/8/14 | 10/8/14 | Pontzius | Order to Appear dated March 24, 2009 (3037 Arbor LLC) |
| 20(M2) | 10/8/14 | 10/8/14 | " | Order to Appear dated March 24, 2009 (Nova Montgomery) |
| 20 (N) DEFT 6 | ~~10/8/14~~ | ~~10/8/14~~ | Christine Pontzius, Retired Revenue Agent | Order Issuing Warrant dated April 17, 2009 |
| 21 (A) | | | Donald Williams, Special Agent | Appendix-A 2002 Income issued by Market America, Inc. to C.F. Trust and LIFESTYLE OPTIONS, LLC. |
| 21 (B) | 10/8/14 | 10/8/14 | Donald Williams, Special Agent | Supplemental Appendix A Income and Filing Requirements |
| 21 (C) | 10/8/14 | 10/8/14 | Donald Williams, Special Agent | Gross filing requirements for 2002 through 2006, indictment Counts 1 – 5 (Taxable Income and Tax Due 2002 – 2005) |
| 21 (D) | 10/8/14 | 10/8/14 | Donald Williams, Special Agent | Schedule of transfers of personal residence |
| 21 (E) | " | " | Donald Williams, Special Agent | Schedule of tax payments by Nova Montgomery |
| 21 (F) | " | " | Donald Williams, Special Agent | Summary of returns filed in 2011 by Nova Montgomery |
| 21 (G) | " | " | Donald Williams, Special Agent | Timeline |
| 22 (A) | 10/6/14 | 10/6/14 | Stipulation, JP Morgan Chase | NOVA MONTGOMERY signature card and bank statements for 2007 through 2010, Checks, Deposits (WM-02532 - WM-02634) |
| 22 (B) | " | " | Stipulation, JP Morgan Chase | WORLDWIDE BROKERAGE, LLC bank statements for 2007 through 2010, Checks, Deposits (WM-00002 - WM-01492) |

## EXHIBIT LIST - Continuation Sheet

| | | | | |
|---|---|---|---|---|
| 22 (C) | 10/6/14 | 10/6/14 | Stipulation, JP Morgan Chase | B-Quadrant, Inc. signature card and bank statements for 2007 through 2014, Checks, Deposits (WM-01493 - WM-01589) |
| 22 (D) | " | " | Stipulation, JP Morgan Chase | Free Life Energy signature card and bank statements for 2007 through 2010, Checks, Deposits (WM-01590 - WM-02531) |
| 22 (E) | " | " | Stipulation, JP Morgan Chase | New Life Strategies LLC, signature card and statements for 2006 to 2010 checks deposits (WM-02635 - WM-02794) |
| 23 (A) | " | " | Stipulation, self-authenticating | Quitclaim Deed dated 01/23/2008 from Free Life Energy to B-Quadrant |
| 23 (B) | " | " | Stipulation, self-authenticating | Quitclaim Deed dated 08/10/2007 from 3037 Arbor to Free Life Energy |
| 23 (C) | " | " | Stipulation, self-authenticating | Warranty Deed dated 09/29/2006 from Nova Montgomery to 3037 Arbor |
| 23 (D) | " | " | Stipulation, self-authenticating | Warranty Deed dated 09/19/2006 from 3037 Arbor to Nova Montgomery |
| 23 (E) | " | " | Stipulation, self-authenticating | Quitclaim Deed dated 02/28/2006 from Nova Montgomery to 3037 Arbor |
| 23 (F) | " | " | Stipulation, self-authenticating | Quitclaim Deed dated 01/06/2005 from 3037 Arbor to Nova Montgomery |
| 23 (G) | " | " | Stipulation, self-authenticating | Quitclaim Deed dated 11/12/2004 from Nova Montgomery to 3037 Arbor |
| 23 (H) | " | " | Stipulation, self-authenticating | Quitclaim Deed dated 11/12/2004 from Nova Montgomery to 3037 Arbor |
| 23 (I) | " | " | Stipulation, self-authenticating | Warranty Deed dated 06/09/2004 from 3037 Arbor to Nova Montgomery |
| 23 (J) | " | " | Stipulation, self-authenticating | Quitclaim Deed dated 05/20/2004 from 3037 Arbor to Nova Montgomery |
| 23 (K) | " | " | Stipulation, self-authenticating | Quitclaim Deed dated 05/12/2003 from Nova Montgomery to 3037 Arbor |
| 23 (L) | " | " | Stipulation, self-authenticating | Warranty Deed 02/19/1999 from John & Paula Smith to Nova Montgomery |
| 24 | | | | Stipulation of the parties regarding certain exhibits |
| | | | | |

p_Gov't__Second_Amend_Ex_List.docx