IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:13-cr-178-JDW

NOVA MONTGOMERY,

Defendant.

_____

## DEFENDANT'S EXHIBIT & WITNESS LIST

| Ex.: | IDENTIFIED: ~~Offered:~~ | Admitted: | Description: |
|---|---|---|---|
| 1 | 10/9/14 | 10/9/14 | IRS Mission Statement |
| 2 | | | Dwight Avis Statement 1953 |
| 3 | 10/9/14 | 10/9/14 | Form 1040 Privacy Act Statement (1989) |
| 4 | | | Botta v. Scanlon, 288 F.2d 505 |
| 5 | | | Tandy Leather v. United States, 347 F.2d 693 |
| 6 | | | Pollock v. Farmers' Loan & Trust, 157 U.S. 429 |
| 7 | | | Gregory v. Helvering, 293 U.S. 465 |
| 8 | | | Economy Plumb. & Heat. v. U.S., 470 F.2d 585 |
| 9 | | | Marbury v. Madison, 5 U.S. 137 |
| 10 | | | Flint v. Stone Tracy Co., 220 U.S. 107 |
| 11 | | | Brushaber v. Union Pac. RR, 240 U.S. 1 |
| 12 | | | 1943 Congressional Record |
| 13 | | | Stanton v. Baltic Mining, 240 U.S. 103 |
| 14 | | | Peck v. Lowe, 247 U.S. 165 |

| 15 | | | Eisner v. Macomber, 252 U.S. 189 |
|---|---|---|---|
| 16 | | | Doyle v. Mitchell Bros., 247 U.S. 179 |
| 17 | | | Stratton Independence v. Howbert, 231 U.S. 399 |
| 18 | | | Connor v. United States, 303 F.Supp. 1187 |
| 19 | | | Staples v. United States, 21 F.Supp. 737 |
| 20 | | | Jack Cole v. MacFarland Co., 337 S.W.2d 453 |
| 21 | | | Redfield v. Fisher, 292. P. 813 |
| 22 | | | Sheip Co. v. Amos, 130 So. 699 |
| 23 | | | Cary v. Bellingham, 250 P.2d 114 |
| 24 | | | Sims v. Ahrens, 271 S.W. 720 |
| 25 | | | Okeefe v. Somerville, 76 N.E. 457 |
| 26 | | | Treasury Decision 2313 |
| 27 | | | Knowlton v. Moore, 178 U.S. 41 |
| 28 | | | Butchers Union v. Crescent City, 111 U.S. 746 |
| 29 | | | Dent v. West Virginia, 1229 U.S. 114 |
| 30 | | | Yick Wo v. Hopkins, 118 U.S. 356 |
| 31 | | | Allgeyer v. Louisiana, 165 U.S. 578 |
| 32 | | | Miller v. United States, 230 F.2d 486 |
| 33 | | | Hale v. Henkel, 201 U.S. 43 |
| 34 | | | Coleman Andrew's Interview: US News |
| 35 | | | 1991 Instructions for 1040 (extracts) |
| 36 | | | 1992 Instructions for 1040 (extracts) |
| 37 | | | 1993 Instructions for 1040 (extracts) |
| 38 | | | AmTax Guide |

| 39 | | | 37 FR 20960 |
|---|---|---|---|
| 40 | | | 1984 Instructions for 1040 (extracts) |
| 41 | | | 1971 Instructions for 1040 (extracts) |
| 42 | | | 26 CFR 601.602 |
| 43 | | | 1979 Annual Report: IRS |
| 44 | | | 1970-1 Cum Bull 447 |
| 45 | | | 1974-1 Cum Bull 440 |
| 46 | | | 36 FR 850 |
| 47 | | | 2000 IRS Publication 17 (extracts) |
| 48 | | | IRM Page 5200-16 |
| 49 | | | Pages from IRM 1100 |
| 50 | | | Letter Congressman Hertel, Dec. 30, 1985 |
| 51 | | | Montgomery letter: Aug. 16, 2007 |
| 52 | | | Montgomery letter: Sept. 19, 2007 |
| 53 | | | Montgomery letter: Sept. 19, 2007 |
| 54 | | | Montgomery letter: Oct. 10, 2007 |
| 55 | | | Montgomery letter: Oct. 10, 2007 |
| 56 | | | Montgomery letter: Oct. 11, 2007 |
| 57 | | | Montgomery letter: Dec. 11, 2007 |
| 58 | | | Montgomery letter: Feb. 28, 2008 |
| 59 | 10/9/14 | 10/9/14 | Pleading, Summons case exhibit |
| 60 | | | New York Times advertisement |
| 61 | | | U.S.A. Today advertisement |
| 62 | 10/9/14 | 10/9/14 | Order dtd 4/17/09 - Judge Lazzara |

| 63 | | | |
| --- | --- | --- | --- |
| 64 | | | |
| 65 | | | |
| 66 | | | |
| 67 | | | |
| 68 | | | |
| 69 | | | |
| 70 | | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | | |
| 75 | | | |

**WITNESS LIST:**

Defendant Nova Montgomery
All witnesses on Goverment's Witness List