UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),
    Government

Case No: 8:13-CR-178-T-27AEP

v.

      Evidentiary
X    Trial
      Other

NOVA A. MONTGOMERY
    Defendant(s),

## COURT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 10/10/14 | | | Jury communication |
| 2 | 10/10/14 | | | Jury communication |
| 3 | 10/10/14 | | | Jury communication |
| | | | | |